JOHNNY CAKE, INC. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF BURLINGTON ET AL.

The defendants' petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Vincent J. Dowling,* in support of the petition.

*Michael D. O'Connell,* in opposition.

Submitted September 1—decided September 20, 1978

RED TOP, INC. *v.* BOARD OF TAX REVIEW OF THE
TOWN OF LEDYARD

The plaintiff's petition for certification for appeal from the judicial district of New London at New London is granted by the court.

*Ralph P. Dupont,* in support of the petition.

*Thomas B. Wilson,* in opposition.

Submitted September 1—decided September 20, 1978

BUFFORD THOMPSON ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF NORWICH

The plaintiffs' petition for certification for appeal from the judicial district of New London at Norwich is denied by the court.

*Richard G. Adams,* in support of the petition.

*Geurson D. Silverberg,* in opposition.

Submitted September 1—decided September 20, 1978